JOHN A. CUMMINGS et al., Respondents, *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.

Argued November 30, 1949; decided December 29, 1949.

*John P. McGrath, Corporation Counsel (Andrew Bellanca* and *Seymour B. Quel* of counsel), for appellant.

*A. Mark Levien* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.